165 So.2d 913

Hampton D. LEE

v.

Sue S. BELCHER.

2 Div. 100.

Court of Appeals of Alabama.

Aug. 18, 1964.

David H. Hood, Jr., Bessemer, for appellant.

Mason & Davis, Marion, and Pitts & Pitts, Selma, for appellee.

CATES, Judge.

Suit on a note. Having retained other counsel, the losing promissor now appeals.

At the threshold, we are asked by the appellee to strike the appellant's brief. The motion to strike continues:

"2. That the case be affirmed because of Appellant's failure to insist upon or argue in said brief any assignments of error; or,

"3. Such other orders or decrees or judgments that this Court deems meet and proper."

We consider the motion well taken. Lee v. Belcher, 276 Ala. 384, 162 So.2d 478.

The judgment below is

Affirmed.